**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | No. 4:26-CR-00031-JDK |
| MICHAEL ALEXANDER RODRIGUEZ | § | |
| (1) | § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY**

The Court referred this matter to the Honorable John D. Love, United States Magistrate Judge, for administration of a guilty plea under Federal Rule of Criminal Procedure 11. The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Count One of the Superseding Indictment.

The parties have not objected to the Magistrate Judge's findings.

The Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge. The Court also accepts Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

In accordance with Defendant's guilty plea, the Court finds Defendant Michael Alexander Rodriguez (1) **GUILTY** of Counts Two, Three, and Four of the Superseding Indictment, charging violations, respectively, of (1) Title 18 U.S.C.

§ 922(o) - Possession of a Machinegun, (2) Title 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and (3) Title 21 U.S.C. § 846, Conspiracy to Distribute or Possess with the Intent to Distribute Cocaine.

So **ORDERED** and **SIGNED** this **14th** day of **September, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE